THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DONALD P. ACKLEY, Appellant.

Submitted November 27, 1946; decided January 16, 1947.

Motion by appellant to amend remittitur denied on the ground that in the opinion of the court the asserted Federal questions are not substantial. [See 296 N. Y. 731.]

MAURICE HANDMAN, Respondent, *v.* PARFUMS LENGYEL, LTD., Defendant, and GEORGE LENGYEL et al., Appellants.

Submitted November 27, 1946; decided January 16, 1947.

*Benjamin C. Ribman* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements but without prejudice to a renewal thereof after judgment has been entered.